UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | C 08-02380 MHP<br>CR 05-00292 MHP |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALONSO RODRIGUEZ RAMIREZ, | |
| Defendant. | |

The motion to vacate and correct sentence pursuant to 28 U.S.C. §2255 is DENIED.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 24, 2011

Marilyn Hall Patel
United States District Judge